UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWUD HALISI MALIK, f/k/a DAVID RIGGINS,

    Plaintiff,

v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No. C07-5160 RJB/KLS

ORDER REGARDING PLAINTIFF'S SUBMISSION OF ORIGINAL EXHIBITS

    The Clerk of the Court is in receipt of various original documents filed by Plaintiff as exhibits. (Dkt. # 22). Plaintiff's submission has been docketed on the record as "Submission of Exhibits S, T, U, V and W." (*Id.*) Exhibits S, T, U and V are original letters, unopened in sealed envelopes. As Plaintiff has already filed these original documents, the Court shall keep these letters in their original, unopened condition for the duration of the litigation. However, the parties are reminded that original documents should <u>not</u> be filed with the Court. Any original documents filed in the future shall be copied, docketed, and maintained in the Court's file for a period of thirty (30) days. Thereafter, the originals will be destroyed in accordance with Court policy. The Court does not pay for the expense of returning original documents to the parties.

    DATED this <u>2nd</u> day of July, 2007.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1