UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWUD HALISI MALIK, f/k/a DAVID RIGGINS,

  Plaintiff,

  v.

HAROLD CLARKE, *et al.*,

  Defendants.

Case No. C07-5160 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

The Report and Recommendation recommends that the court deny plaintiff's motion for a temporary restraining order and preliminary injunction. Dkt. 13. In his objections, plaintiff argues that his First Amendment right of access to the mail was denied, even though he used both his legal and committed names; that he was prevented from purchasing religious materials through the mail; and that he was punished and retaliated against for using his legal name and committed name. Dkt. 25. Plaintiff has not shown a sufficient factual basis at this point to support a temporary restraining order or preliminary injunction. Plaintiff has not shown that he is likely to succeed on the merits of his complaint, or that he will be irreparably harmed absent the court's intervention. The Report and Recommendation is **ADOPTED**. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 5) is **DENIED.**

ORDER - 1

1   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to
2   the Hon. Karen L. Strombom.
3   DATED this 25th day of July, 2007.

*Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 2