UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWUD HALISI MALIK,

    Plaintiff,

v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No. C07-5160 RJB/KLS

ORDER GRANTING REQUEST
TO STAY DISCOVERY

Defendants have filed a motion to stay discovery (Dkt. # 32) pending resolution of their motion to dismiss Plaintiff's complaint based on lack of subject matter jurisdiction. (Dkt. # 29). Having carefully reviewed Defendants' request, Plaintiff's opposition (Dkt. # 35), Defendants' reply (Dkt. # 36) and the balance of the record, the Court finds that a stay of discovery is appropriate.

The court has broad discretionary powers to control discovery. *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Upon showing of good cause, the court may deny or limit discovery. Fed. R. Civ. P. 26( c). The parties should not be burdened with the expense of discovery until the pending issue of this Court's jurisdiction of this matter has been resolved. Plaintiff does not contend that he will be prejudiced by the stay.



**07-CV-05160-ORD**

ORDER
Page - 1

1  Accordingly, Defendants' motion to stay discovery (Dkt. # 32) is **GRANTED.**

3  DATED this 17th day of September, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2