UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAWUD HALISI MALIK f/k/a DAVID RIGGINS,

    Plaintiff,

v.

HAROLD CLARKE, *et al.*,

    Defendants.

Case No.  C07-5160 RJB/KLS

ORDER TO DEFENDANTS TO PROVIDE COPY OF POLICY TO COURT

Defendants are directed to provide the Court with a copy of the DOC Policy 400.280 in effect immediately prior to the version of DOC Policy 400.280 provided to the Court at Dkt. # 10, Exh. 1, Attachment A (with revision date of February 12, 2007).  Defendants are directed to provide the Court with a copy of the earlier version of the policy on or before **March 7, 2008.**

The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  28th  day of February, 2008.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1