1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                 AT TACOMA
9   DAWUD HALISI MALIK f/k/a/ DAVID
    RIGGINS,
10
11              Plaintiff,                     Case No. C07-5160 RJB/KLS
12         v.                                  ORDER GRANTING JOINT
                                               MOTION TO EXTEND DEADLINES
13  HAROLD CLARKE, *et al.*,
14              Defendants.
15
16          Before the Court is the parties' Joint Motion to Continue Discovery and Dispositive Motions
17  Deadline.  (Dkt. # 66).  Having considered the motion and balance of the record, the Court finds that
18  the motion should be **GRANTED.**
19          Accordingly, it is **ORDERED:**
20      (1)     The discovery deadline shall be extended until **October 7, 2008**;
21      (2)     The dispositive motion deadline is extended until **November 10, 2008**; and
22      (3)     The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.
23          DATED this  19th  day of August, 2008.
24
25                                             _____
                                               Karen L. Strombom
26                                             United States Magistrate Judge
27
28  ORDER - 1