UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWUD HALISI MALIK f/k/a DAVID RIGGINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD CLARKE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C07-5160 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE DATE FOR FILING JOINT STATUS REPORT |

The Court, having reviewed Defendants' Motion to Continue Joint Status Report Due Date for filing joint status report (Dkt. # 110), and the balance of the record, does hereby **ORDER**:

(1) Defendants' motion to continue the date for filing a joint status report (Dkt. # 81) is **GRANTED;**

(2) The parties shall confer and provide the Court with a joint status report by no later than **April 10, 2009.**

(2) The Clerk shall direct copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  13th  day of February, 2009.

　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1