UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWUD HALISI MALIK f/k/a DAVID RIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD CLARKE, *et al.*,<br><br>Defendants. | Case No. C07-5160 RJB/KLS<br><br>ORDER REGARDING PLAINTIFF'S JOINT STATUS REPORT AND CONTINUANCE OF FILING DATES |

Before the Court are Plaintiff's Objections to Defendants' Motion to Continue The Joint Status Report Due Date (Dkt. # 83) and Plaintiff's Joint Status Report (Dkt. # 84). The Court continued the time for filing the parties' joint status report because the Defendants' motion for summary judgment is still pending. The Court's final ruling on that motion may be dispositive of whether a status report is required. Accordingly, the Court granted Defendants' motion to continue the filing of the joint status report until April 10, 2009. Dkt. # 110. A copy of that Order was mailed to Plaintiff on February 13, 2009. *Id*.

Accordingly, it is **ORDERED**:

(1) Plaintiff's objections (Dkt. # 83) are **denied** as moot;

ORDER
Page - 1

1     (2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this __24th__ day of February, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2