UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DAWUD HALISI MALIK f/k/a DAVID RIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>HAROLD CLARKE, *et al.*,<br><br>    Defendants. | Case No. C07-5160 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, and no objections to the Report and Recommendation having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. # 70) is **GRANTED**;

(3)     This case is **DISMISSED**; and

(4)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 13th day of April, 2009.

*Robert J Bryan* (signature)
Robert J Bryan
United States District Judge

ORDER - 1

ORDER - 2