# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAWUD HALISI MALIK fka DAVID RIGGINS

       v.

HAROLD CLARKE, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5160RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. Defendants' motion for summary judgment (Dkt. # 70) is **GRANTED**;

3. This case is **DISMISSED.**

    April 24, 2009                                          BRUCE RIFKIN
                                                                 Clerk

                                                              Jennie L. Patton
                                                              Deputy Clerk